UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

**GLENDA GLOVER,**

                      Plaintiff

  -vs-

**TRACY WYNELL JONES d/b/a**
**T.W.JONES DEVELOPMENT and**
**MARVIN K. MAYE**

                      Defendants

**Case # 6:05 cv 06124 CJS-JWF**

**NOTICE OF**
**CROSS-MOTION**

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | HISCOCK & BARCLAY, LLP<br>Attorneys for Defendant Maye |
| **DATE, TIME & PLACE:** | July 14, 2006 a at 2:00 p.m. at the<br>United States District Court<br>100 State Street<br>Rochester, New York  14614 |
| **SUPPORTING PAPERS:** | Declaration of Robert M. Shaddock, Esq., dated July 5 , 2006 with exhibits thereto; Rule 56 Statement of Facts, with exhibits thereto. |
| **RELIEF DEMANDED:** | An Order denying plaintiff's motion to add Marvin Maye Development as a party defendant, and granting defendant Maye's Cross-motion for summary judgment dismissing the Complaint as to him or granting leave to serve an amended answer. |
| **GROUNDS FOR RELIEF:** | Plaintiff's alleged occurrences fail to constitute discriminatory housing practice within the meaning of 42 USC 3604. |

ROCHDOCS\426211\1        - 1 -

- 2 -

**DATED:** July 5, 2006

                                          **HISCOCK & BARCLAY, LLP**

                                            <u>s/Robert M. Shaddock, Esq.</u>
                                          *Attorneys for Defendant Maye*
                                            Office and Post Office Address
                                            2000 HSBC Plaza
                                            Rochester, New York  24604
                                            Tel:   585-325-7570

**TO:**    **CHRISTINA A. AGOLA, ESQ.**
          Attorney for Plaintiff
          28 East Main St., Suite 730
          Rochester, New York 14614
          Tel: 585-232-6620

          **JAECKLE FLEISCHMANN & NUGEL, LLP**
          Attorneys for Defendant Jones
          190 Linden Oaks
          Rochester, New York  14625
          Tel: 585-899-2930