UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

GLENDA GLOVER,

                       Plaintiff,

    -vs-

TRACY WYNELL JONES d/b/a/ T.W. JONES
DEVELOPMENT & MARVIN K. MAYE,
                    Defendants.

**NOTICE OF CROSS MOTION**
Civ. No.:  05-cv-6124(CJS)(F)

---

## PLEASE TAKE NOTICE:

| | |
|---|---|
| <u>Motion By:</u> | CHRISTINA A. AGOLA<br>Attorneys for Plaintiff **(s)**<br>Office and Post Office Address<br>730 First Federal Plaza<br>Rochester, New York 14614<br>Telephone: (585) 262-3320<br>caaesq@rochester.rr.com |
| <u>Date, Time & Place of Hearing:</u> | At a date and time to be determined by  the court. |
| <u>Supporting Papers:</u> | Affidavit of  Christina A. Agola, Esq. sworn  to on September 8th, 2006  pursuant to Fed. R. Civ. P. Rule 56(f), together with Exhibits, and with the attached Memorandum of Law. |
| <u>Relief Demanded:</u> | For an Order Pursuant to Fed. R. Civ. P. Rule. 56(f) continuing discovery so as to allow Plaintiff to take the deposition of each named defendant as previously attempted in good faith. |

DATED: September 8, 2006
Rochester, New York

                    <u>/s/ Christina A. Agola, Esq.</u>
                    Law Office of Christina A. Agola
                    730 First Federal Plaza
                    28 East Main Street
                    Rochester, New York 14614
                    Telephone: 585.262.3320
                    caaesq@rochester.rr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

GLENDA GLOVER ,

               Plaintiff,

    -v-

TRACEY WYNELL JONES, doing as
T.W. JONES DEVELOPMENT, and
MARVIN MAYE,
               Defendants

**CERTIFICATE OF SERVICE**

Civ Act. No.:
05-CV-6124 CJS

---

PLEASE TAKE NOTICE that on the 8th day of September 2006, the undersigned duly filed with the District Court for the Western District of New York a copy of the annexed Notice of Cross Motion pursuant to Rule 56(f) by electronically filing the same via the ECF filing system.

DATED: September 8,  2006
Rochester, New York

/s/ Christina A. Agola.
Law Office of Christina A. Agola
Attorney for Plaintiff
730 First Federal Plaza
28 East Main Street
Rochester, New York 14614
Telephone: 585.262.3320
Facsimile:  585.262.3325
caaesq@rochester.rr.com